UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DAMON DELMORE (#353524)**     **CIVIL ACTION NO.**

**VERSDUS**     **22-433-JWD-RLB**

**WARDEN AT EHCC ET AL**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 3, 2024 (Doc. 15), to which no opposition was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED that**, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 6, 2024.

                                              **JUDGE JOHN W. deGRAVELLES**
                                              UNITED STATES DISTRICT COURT
                                              MIDDLE DISTRICT OF LOUISIANA